**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THE OHIO CASUALTY INSURANCE COMPANY,**

      **Plaintiff,**

-vs-                                    **Case No.  6:12-cv-1153-Orl-28TBS**

**HDE, INC.,  BONNIE DULEY,  PATRICK DULEY,  CHRISTIE HUMMEL,  HARLAN E. HUMMEL, JR.,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Final Judgment Against Defendant HDE, Inc. (Doc. No. 13) filed September 19, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 19, 2012 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Final Judgment against Defendant HDE, Inc. is **DENIED without prejudice** to be reasserted, to the extent appropriate, when this action becomes ripe for final resolution.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of December, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party