UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE OHIO CASUALTY INSURANCE
COMPANY,

          Plaintiff,

-vs-                                      Case No. 6:12-cv-1153-Orl-28TBS

HDE, INC., BONNIE DULEY, PATRICK
DULEY, CHRISTIE HUMMEL, HARLAN
E. HUMMEL, JR.,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment Against Defendant HDE, Inc. (Doc. No. 34) filed July 25, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 5, 2013 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment Against Defendant HDE, Inc. (Doc. No. 34) is **GRANTED**.

3.  Judgment is awarded in favor of Plaintiff and against Defendant HDE, Inc. in the amount of $372,863.76.

4.  The Clerk is directed to enter judgment in favor of Plaintiff, The Ohio Casualty Insurance Company, and against Defendant HDE, Inc., in the amount of $372,863.76. The judgment shall provide for the accrual of interest at the rate provided in 28 U.S.C. § 1961 at the rate of .14% per annum, until paid, for all which let execution issue forthwith.[1] The Clerk is further directed to include in the judgment, the addresses for both Plaintiff and Defendant HDE, Inc. The last known addresses are as follows:

> The Ohio Casualty Insurance Company
> 136 North Third Street
> Hamilton, Ohio 45025
>
> HDE, Inc.
> 270 Waymont Court
> Suite 110
> Lake Mary, Florida 32746

5.  After the Clerk enters the judgment as set forth above, the Clerk is directed to close this file. The Court will retain jurisdiction however, to consider a timely motion for attorney's fees and bill of costs.

---

[1] "Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment." 28 U.S.C. § 1961(a). The August 26, 2013, Board of Governors of the Federal Reserve System publication of Selected Interest Rates for Treasury Constant Maturities for 1-year is .14%. See FRB H.15 — Selected Interest Rates — August 26, 2013.

DONE and ORDERED in Chambers, Orlando, Florida this __27__ day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party